In the Matter of the AMERICAN COMMITTEE ON MATERNAL WELFARE, INC., et al., Appellants, against THOMAS J. MANGAN et al., Constituting the Board of Regents of the State of New York, Respondents.

Argued April 8, 1940; decided April 23, 1940.

*Charles H. Tuttle, Ellis J. Staley* and *Millard H. Ellison* for appellants.

*Charles A. Brind, Jr.,* and *Ernest E. Cole* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.